UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE UNITED STATES OF AMERICA,

    -v-

No. 13 Civ. 7508 (LTS)

No. 11 Crim. 971 (LTS)

CHARLES DARNEY,

    Defendant.

------------------------------------------------------------x

ORDER

    WHEREAS the above captioned defendant has filed a motion pursuant to 28 U.S.C. § 2255, for the reasons stated on the record at the hearing held today, the motion is granted and the Court hereby vacates the judgment it entered against the defendant on April 16, 2013. A new sentence will be imposed. The Clerk of the Court is requested to close the captioned civil case.

    SO ORDERED.

Dated: New York, New York
       October 25, 2013

LAURA TAYLOR SWAIN
United States District Judge